UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
ALLAN MARTIN MICHAELS,  
    Debtor.  
_____/

Case No: 6:17-bk-06720-CCJ  
Chapter 13

**MOTION TO EXTEND TIME FOR MORTGAGE MODIFICATION MEDIATION**
(Re: 2048 Cobblefield Cir., Apopka, FL 32703; loan #***0041)

Comes Now the Debtor, by and through counsel undersigned, and respectfully prays this Court enter its Order extending the time for mortgage modification mediation, and in support thereof would show as follows:

1. This Court entered its Order Directing Mortgage Modification Mediation [the "Order"] (Doc. 49) on January 19, 2018, requiring the Debtor and MIDFLORIDA Credit Union, to engage in mediation and to take certain steps within specified time limits.

2. The Debtor has been unable to comply with the Order's requirements to upload documents within the time-period required because the Debtor has not been able to file his income taxes for 2014, 2015, and 2016; the Debtor has been unable to file his returns because Hurricane Irma damaged the server on his computer and he has not been able to get it repaired.

3. The Debtor requests an extension until July 19, 2018, to upload this documentation to the portal and an extension until October 19, 2018, to complete mediation.

Wherefore, Debtor prays this Court enter its order extending the time to upload to the portal until July 19, 2018, and an extension until October 19, 2018, to complete mediation, and grant such other relief as the Court deems just and proper in the circumstances.

/s/ Robert B. Branson  
Robert B. Branson, Esquire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
ALLAN MARTIN MICHAELS,  
    Debtor.  
_____/

Case No: 6:17-bk-06720-CCJ  
Chapter 13

**CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing has been sent by either electronic transmission or US Mail on the 5th day of March, 2018, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor; MIDFLORIDA Credit Union, c/o Chad D. Heckman, Esquire, Heckman Law Group, PL, PO Box 12492, Tallahassee, Florida 32317-2492.

    /s/ Robert B. Branson  
    Robert B. Branson, Esquire  
    Florida Bar No.: 800988  
    E-mail: *robert@bransonlaw.com*  
    **BransonLaw PLLC**  
    1501 E. Concord Street  
    Orlando, Florida 32803  
    Telephone: (407) 894-6834  
    Facsimile: (407) 894-8559  
    Attorney for Debtor