ORDERED.

Dated: March 26, 2018

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                              Case No: 6:17-bk-06720-CCJ
ALLAN MARTIN MICHAELS,                                         Chapter 13
    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION
TO EXTEND TIME FOR MORTGAGE MODIFICATION MEDIATION**
(Re: 2048 Cobblefield Cir., Apopka, FL 32703; loan #***0041)

This case came on for hearing before the Court on March 13, 2018, to consider Debtor's Motion to Extend Time for Mortgage Modification Mediation (Doc. 59). The Debtor and Creditor appeared by counsel. After reviewing the pleadings and considering the positions of interested parties, and for the reasons discussed in open Court, it is

**ORDERED:**

1. The motion is Granted.

2. The time for mortgage modification mediation, provided for in the Mortgage Modification Mediation Order (Doc. 49) is extended until July 19, 2018, and the time to complete mediation is extended until October 19, 2018.

3.  All other Orders that do not conflict with this Order remain in full force and effect.

Attorney for Debtor, Robert B. Branson, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.