ORDERED.

Dated: September 21, 2018

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  
ALLAN MARTIN MICHAELS,  
    Debtor.  
_____/

Case No: 6:17-bk-06720-CCJ  
Chapter 13

**ORDER GRANTING DEBTOR'S MOTION
TO EXTEND TIME FOR MORTGAGE MODIFICATION MEDIATION**
(Re: 912 W. Charing Cross Circle, Lake Mary, FL 32746; loan #***8071)

This case came on for hearing before the Court on September 18, 2018, to consider Debtor's Motion to Extend Time for Mortgage Modification Mediation (Doc. 90). The Debtor and Creditor appeared by counsel. After reviewing the pleadings and considering the positions of interested parties, and for the reasons discussed in open Court, it is

**ORDERED:**

1. The motion is Granted.

2. The time for mortgage modification mediation, provided for in the Mortgage Modification Mediation Order (Doc. 90) is extended until September 30, 2018, and the time to complete mediation is extended until December 30, 2018.

3. All other Orders that do not conflict with this Order remain in full force and effect.

Attorney for Debtor, Robert B. Branson, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.